UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | CRIMINAL CASE NO.: **19cr19  (RDM)** |
| | ) | |
| CHRISTOPHER GREEN | ) | |

## JOINT ACKNOWLEDGMENT CONCERNING TRIAL EXHIBITS

Counsel acknowledge that they have jointly reviewed the exhibits that were admitted into evidence

with the courtroom deputy and have agreed on what exhibits will be submitted to the jury during deliberations.

**Government:**

Exhibits:_____

(see attached list)

_____

_M. Cressman_     Date: _11/19/21_

**Attorney for the Government**


**Defendant:**

Exhibits:_____

(see attached list)

_____

_Peter Wryto_     Date: _11/19/21_

**Attorney for the Defendant**

United States

**Civil/Criminal No.**  19-CR-19 (RDM)

**VS.**

Christopher Green

Government ✔
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| S001 | Photo of 303 Zelma Ave. 320 | 11/1/21 | 11/1/2021 | Lucius Slade | 11/19/21 5:15 pm |
| S002 | Photo of 303 Zelma Ave. (entrance way) 324 | 11/1/21 | 11/1/2021 | Lucius Slade | |
| S003 | Photo of 303 Zelma Ave. (stairs) 325 | 11/1/21 | 11/1/2021 | Lucius Slade | |
| S004 | Photo of 303 Zelma Ave. (hallway) 326 | 11/1/21 | 11/1/2021 | Lucius Slade | |
| S005 | Photo of 303 Zelma Ave. (1st floor bedroom #1) 327 | 11/1/21 | 11/1/2021 | Lucius Slade | |
| S006 | Photo of 303 Zelma Ave. (1st floor bedroom) 328 | 11/1/21 | 11/1/2021 | Lucius Slade | |
| S007 | Photo of 303 Zelma Ave. (1st floor kitchen) 379 | 11/1/21 | 11/1/2021 | Francine Jefferson | |
| S008 | Photo of 303 Zelma Ave. (1st floor bedroom) 385 | 11/1/21 | 11/1/2021 | Francine Jefferson | |

| EXHIBIT NUMBER | | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| S009 | Photo of 303 Zelma Ave. (1st floor bedroom) 472 | 11/1/21 | 11/1/2021 | Francine Jefferson | 11/19/21 5:15 pm |
| S010A | Photo of 303 Zelma Ave. (1st floor bedroom—Schedule | | | | N/A |
| S010B | Photo of 303 Zelma Ave. (1st floor bedroom – ID) | 11/1/21 | 11/1/2021 | Francine Jefferson | 11/19/21 5:15 pm |
| S011 | Photo 303 Zelma Ave. (1st Floor Kitchen) 352 | 11/1/21 | 11/1/2021 | Francine Jefferson | |
| S012 | Photo of 303 Zelma Ave. (Upstairs Bedroom) (Chaz) 394 | 11/1/21 | 11/1/2021 | Lucius Slade | |
| S013 | Photo of 303 Zelma Ave. (Upstairs Bedroom) (Ninja Turtles) 405 | 11/1/21 | 11/1/2021 | Lucius Slade | |
| S014 | Photo of 303 Zelma Ave. (Upstairs Kitchen) 416 | 11/1/21 | 11/1/2021 | Lucius Slade | |
| S015A | Photo of 303 Zelma Ave. (Upstairs Kitchen | 11/1/21 | 11/1/2021 | Lucius Slade | |
| S015B | Photo of 303 Zelma Ave. (Upstairs Bathroom) 456 | 11/1/21 | 11/1/2021 | Lucius Slade | |
| S016 | Photo of 303 Zelma (Navigator) 1014 | 11/1/21 | 11/1/2021 | Lucius Slade | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| S017 | Photo of 303 Zelma Ave. (House Numbers) 1015 | 11/1/21 | 11/1/2021 | Lucius Slade | 11/19/21 5:15 pm |
| S018 | Photo of 303 Zelma Ave. (Driveway) 1016 | 11/1/21 | 11/1/2021 | Lucius Slade | 11/19/21 6:15 pm |
| S019 | Photo of Dawn Place (809) | | | Officer J.K. Bunce | N/A |
| S020 | Photo of Corner of Dawn and Zelma (811) | 11/02/2021 | 11/02/2021 | Officer J.K. Bunce | 11/19/21 5:15 pm |
| S021 | Photo of Patrick Green | 11/2/2021 | 11/2/2021 | Officer J.K. Bunce | |
| S022 | Photo of Patrick Green's Passport | 11/2/2021 | 11/2/2021 | Officer J.K. Bunce | |
| S023 | Photo of Ernest Miller | 11/1/2021 | 11/2/2021 | Angela Goodall | |
| S024 | Photo of Christopher Green | 11/1/2021 | 11/2/2021 | Officer J.K. Bunce | |
| S024A | Photo of Christopher Green with Tyree Johnson's intials | 11/3/2021 | 11/3/2021 | Tyree Johnson | |
| S025 | Photo of Christopher Green's Driver's License | 11/2/2021 | 11/2/2021 | Officer J.K. Bunce | |
| S026 | 9 mm cartridge (Physical Ex.) | 11/16/21 | 11/18/21 | | As requested |

3

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| S027 | $650 Money Order | 11/17/21 | 11/17/21 | Patrick Minor | 11/19/21 5:15pm |
| S028 | Map Showing Zelma and Addison Road Metro Station | 11/2/2021 | 11/2/2021 | Ofc. J.K. Bunce | 11/19/21 5:15pm |
| S029 | CAD Report | 11/1/2021 | | Ofc. Kyle Cook, PGPD | N/A |
| S030 | Grand Jury Transcript of Lucius Slade | | | | |
| S031 | Statement to Police of Lucius Slade Audio/Video | | | | |
| S032 | Transcript of PG Interview of Patrick Minor | | | | |
| S033 | Notes of Det. Kenneth Smith | 11/2/2021 | | Det. Kenneth Smith, PGPD | |
| S034 | Bunce Notes, regarding Robbery on Zelma, pages 1-2 | 11/2/2021 | | Ofc. J.K. Bunce | |
| S035 | Statement/Memo Tyree Johnson | 11/3/2021 | | Tyree Jhnson | |
| | | | | | |
| | | | | | |

4

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| JC | Photo of Jan Cotto | 11/1/21 | 11/1/2021 | Francine Jefferson | 11/19/21 5:15 pm |
| C001 | Photo of 9mm cartridge casing and actual casing (221) | 11/1/21 | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |
| C001A | actual 9mm cartridge casing (TM1) | 11/1/21 | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |
| C002 | Photo of 9mm cartridge casing  (222) | 11/1/21 | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |
| C002A | actual 9mm cartridge casing (TM2) | 11/1/21 | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |
| C003 | Photo of 9mm cartridge casing and actual casing (225) | 11/1/21 | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |
| C003A | 9mm cartridge casing (TM3) | 11/1/21 | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |
| C004 | Photo of fired bullet and bullet itself (228) | 11/1/21 | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |
| C004A | actual bullet(TM4) | 11/1/21 | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |

5

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY |
|---|---|---|---|---|---|
| C005 and C005A | Photos of 9mm cartridge casing (229 and 230) | 11/1/21 | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | 11/19/21 5:15pm |
| C005B | actual casing(a) (TM5) | 11/1/21 | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |
| C006 | Photo of fired bullet and bullet itself (a) (TM6) (233) | 11/1/21 | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |
| C006A | Photo of fired bullet (TM6) | 11/1/21 | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |
| C007/a | Photo of 9 mm cartridge casing and casing itself (a) (TM7)8 (234) | 11/1/21 | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |
| C007 | 9 mm cartridge casing (TM7) | 11/1/21 | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |
| C008 | Photo of fired bullet in blood and bullet itself (a) (TM8) (236) | 11/1/21 | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |
| C008A | fired bullet in blood (TM8) | 11/1/21 | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |
| C009 | Stipulation Regarding DNA Testing on Cigarette Butt (TM9) | | | Tahicia McCaskill | N/A |
| C010 | Photo of Zelma Avenue on April 6, 2017 (202) | 11/1/21 | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | 11/19/21 5:15pm |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| C011 | Photo of Zelma Avenue on April 6, 2017 (Mailboxes) (203) | 11/1/21 | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | 11/19/21 5:51 pm |
| C012 | Photo of Zelma Avenue on April 6, 2017 (Suburban) (205) | | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |
| C013 | Photo of Zelma Avenue on April 6, 2017 (Suburban) (208) | | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |
| C014 | Photo of Zelma Avenue on April 6, 2017 (Suburban/Central Ave) (210) | | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |
| C015 | Photo of Zelma Avenue on April 6, 2017 (Suburban with cones) (215) | | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |
| C016 | Photo of Zelma Avenue on April 6, 2017 (Light Truck) (216) | | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |
| C017 | Photo of Zelma Avenue on April 6, 2017 (Cones 1-3) (219) | | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |
| C018 | Photo of Zelma Avenue on April 6, 2017 (Cones 4 and 5) (226) | | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |
| C019 | Photo of Zelma Avenue on April 6, 2017 (Cones 6-8) (231) | | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |
| C020 | Photo of Old Central Avenue and Zelma Avenue on April 6, 2017 (200) | | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |

7

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | Stipulation Re Photos of Ms. Cotto's Clothing | | | | N/A |
| C021 | Photo of Ms. Cotto's Jacket (174) | 11/1/21 | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD admitted based on Stipulation | 11/19/21 5:15pm |
| C022 | Photo of Ms. Cotto's Jacket with bullet hole (177) | | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD admitted based on stipulation | |
| C023 | Photo of Ms. Cotto's Jacket with bullet holes (180) | | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD admitted based on stipulation | |
| C024 | Photo of Ms. Cotto's shirt with bullet holes (189) | | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD admitted based on Stipulation | |
| C025 | Photo of Ms. Cotto's shirt bullet holes close up (193) | | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD admitted based on stipulation | |
| C026 | Photo of Ms. Cotto's undershirt with holes (196) | | 11/1/2021 | Ofc. Tahicia McCaskill admitted based on stipulation | |
| C027 | Photo Zelma Avenue Looking Toward Old Central (802) | 11/1/2021 | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |
| C028 | Photo of Zelma and Dawn Place (804) | 11/1/2021 | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| C029 | Photo of Zelma and Dawn Place (808) | 11/1/2021 | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | 11/19/21 5:15pm |
| C030 | Photo of Dawn Place (704) | 11/1/2021 | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |
| C031 | Photo of Dawn Place (705) | 11/1/2021 | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |
| C032 | Photo of Cut at Dawn Place (708) | 11/1/2021 | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |
| C033 | Autopsy Photo (Head) (24) | 11/16/21 | 11/16/21 | Dr. Patricia Aronica | |
| C034 | Autopsy Photo (Head—Close Up) (25) | | | Dr. Patricia Aronica | |
| C035 | Autopsy Photo (Top of Head) (39) | | | | |
| C036 | Autopsy Photo (Neck) (30) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| C037 | Autopsy Photo (Shoulder) (33) | 11/16/21 | 11/16/21 | Dr. Patricia Aronica | 11/19/21 5:15 pm |
| C038 | Autopsy Photo (Shoulder and Upper Arm) (35 | | | | |
| C039 | Autopsy Photo (Under Breast) (37) | | | | |
| C040 | Autopsy Photo (Back) (40) | | | | |
| C041 | Autopsy Photo (Arm) (28) | | | | |
| C042 | Autopsy Photo (Arm) (22) | | | | |
| C043 | Photo of Chris Green - HJ01994 | 11/16/21 | 11/16/21 | Det. Dennis Windsor | |
| C044 | Photo of property (including cash, watch, smart trip cards) - H4003064 | 11/16/21 | 11/16/21 | Det. Dennis Windsor | N/A |
| C045 | Photo of black flip-phone - H400371 | | | | |
| C046 | Report of Tahicia McCaskill | | | | |
| C047 | Report of Tahicia McCaskill | | | | |

10

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| C048 | Report of Dr. Patricia Aronica | | | | 2/A |
| C049 | Statement of Jazmin Green | | | | |
| C050 | Interview Transcript of Angela Goodall | | | | |
| C051 | Interview of Eddie Simmons | | | | |
| C052A | Grand Jury transcript of Eddie Simmons in Prince George's | | | | |
| C052B | Grand Jury Transcript of Eddie Simmons, in DC | | | | |
| C053 | Photo of Ian Cotto, signed by Eddie Simmons and SA Catherine Hanna on 5/21/19 | 11/2/2021 | 11/2/2021 | SA Catherine Hanna, FBI | 11/19/21 5:15pm |
| C054 | Photo of Ernest Miller, signed by Eddie Simmons and SA Catherine Hanna on 5/21/19 | 11/2/2021 | 11/2/2021 | SA Catherine Hanna, FBI | 11/19/21 5:15pm |
| C055 | Photo of Christopher Green, signed by Eddie Simmons and SA Catherine Hanna on 5/21/19 | 11/2/2021 | 11/2/2021 | SA Catherine Hanna, FBI | 11/19/21 5:15pm |

11

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| C056 | Photo of Patrick Green, signed by Eddie Simmons and SA Catherine Hanna on 5/21/19 | 11/2/2021 pm | 11/2/2021 | SA Catherine Hanna, FBI | 11/19/21 5:15pm |
| C057 | Shell Station – South View Apts. Overhead Map | 11/3/2021 | 11/3/2021 | Ofc. Mark Dega, MPD | |
| C058 | Shell-Tops Schreiber Overhead Map | 11/3/2021 | 11/3/2021 | Ofc. Mark Dega, MPD | |
| C059 | Shipley Apts. Overhead Map | 11/2/2021 | 11/2/2021 | Ofc. Charles Monk, MPD | |
| C060 | UMC Overhead Map | 11/2/2021 | 11/2/2021 | Ofc. Ronald Koch, MPD | |
| C061 | UMC – Shipley Apts. Shell Stn. | 11/2/2021 | 11/2/2021 | Sgt. Anthony Walsh, MPD | |
| C062 | Report by Ofc. Mark Dega | 11/3/2021 | | Ofc. Mark Dega | N/A |
| C063 | Crime scene sketch (Diagram) **Demonstrative Exhibit** | 11/4/2021 | | Ofc. James Janifer, PGPD | N/A |
| C064 | Photo of black purse in woods | 11/16/2021 | 11/16/2021 | Det. Dennis Windsor, PGPD | 11/19/21 5:15pm |
| C065 | Photo of passport in woods | 11/16/2021 | 11/16/2021 | Det. Dennis Windsor, PGPD | 11/19/21 5:16pm |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| C066 | Photo of black purse | 11/16/2021 | 11/16/2021 | Det. Dennis Windsor, PGPD | 11/19/21 5:15pm |
| C067 | Photo of passport photo – Hernandez | 11/16/2021 | 11/16/2021 | Det. Dennis Windsor, PGPD | |
| C068 | Photo of PNC bank card – Rosario Hernandez | 11/16/2021 | 11/16/2021 | Det. Dennis Windsor, PGPD | |
| B001 | Photo of Casing (4802) | 11/9/2021 | 11/9/2021 | Jeffry Buszka, DFS | |
| B001A | casing itself (a) (4802) | 11/9/2021 | 11/9/2021 | Jeffry Buszka, DFS | |
| B001B | Photo of shell casing and Placard #1 | 11/9/2021 | 11/9/2021 | Jeffry Buszka, DFS | |
| B002 | Photo of Casing and (4811) | 11/9/2021 | 11/9/2021 | Jeffry Buszka, DFS | |
| B002A | Photo of casing and Placard #2 | 11/9/2021 | 11/9/2021 | Jeffry Buszka, DFS | |
| B002B | Casing – Physical Evidence | 11/9/2021 | 11/9/2021 | Jeffry Buszka, DFS | |
| B003 | Photo of Casing and (4813) | 11/9/2021 | 11/9/2021 | Jeffry Buszka, DFS | |
| B003A | Close-up of Placard #3 and bullet | 11/9/2021 | 11/9/2021 | Jeffry Buszka, DFS | |
| B003B | Cartridge | 11/9/21 | 11/9/21 | '' '' | '' |

13

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| B004 | Photo of 2540 Shipley Terrace (4798) | 11/9/21 | 11/19/21 | Jeffrey Buszka 11/19/21 5:15 pm | |
| B005 | Police Tape at Scene (4799) | | | | |
| B006 | Police Tape at Scene (4800) | | | | |
| B007 | Police Tape at Scene with Placards (4808) | | | | |
| B008 | Map of 2540 Shipley Terrace | | | | |
| B009A | BWC Clip – 02/24/17 | 11/2/2021 | 11/2/2021 | Sgt. Anthony Walsh, MPD | |

13

U.S.A.

vs.

Christopher Green

Civil/Criminal No. 19 cr 19 (RDM)

Government ✓
Plaintiff
Defendant
Joint
Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| B007A | Images from So. Ave 2/24/17 | 11/9/21 | 11/9/21 | Jeffrey Buszka | 11/19/21 5:15 pm |
| B007B | | | | | |
| B007C | | | | | |
| B013 | Front image of So. Ave. | | | | |
| B014 | Image further eastward So. Ave. | | | | |
| B015 | Image rear of 2531 Savannah | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(Insert)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| B009B | BWC Clip – 02/24/17 | 11/2/2021 | 11/2/2021 | Sgt. Anthony Walsh, MPD | 11/19/21 5:15 pm |
| B009C | BWC Clip – 02/24/17 | 11/2/2021 | 11/2/2021 | Sgt. Anthony Walsh, MPD | |
| B009D | BWC Clip – 02/24/17 | 11/2/2021 | 11/2/2021 | Sgt. Anthony Walsh, MPD | |
| B009E | BWC Clip – 02/24/17 | 11/2/2021 | 11/2/2021 | Sgt. Anthony Walsh, MPD | |
| B009F | BWC Clip – 02/24/17 | 11/2/2021 | 11/2/2021 | Sgt. Anthony Walsh, MPD | |
| B010 | Interview of Kevin Briscoe and | | | | N/A |
| B010A | Grand Jury transcript of Kevin Briscoe | 11/4/21 | | Kevin Briscoe | N/A |
| B011 | Plater ID | 11/2/2021 | 11/4/21 | Ofc. Charles Monk, MPD | 11/19/21 5:15pm |
| F001 | Map of Wheeler Road/Southern Avenue and Southview Apartments | | | | N/A |
| F002A | Video from Shell Station Camera #1 (21:01:24 – 21:01:34) 4.14.17 | 4/3/21 | 11/3/2021 | Jamese Harvey | 11/19/21 5:15pm |
| B012 | 4/8/17 K. Briscoe Shut. booking 11/4/21 | | | Kevin Briscoe | N/A |

14

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO [JURY] |
|---|---|---|---|---|---|
| F002B | Video from Shell Station Camera #3 – (21:01:04 – 21:01:21) 4:19.17 | 11/3/21 | 11/3/2021 | Jamese Harvey | 11/19/21 5:15 pm |
| F002C | Video from Shell Station Camera #4 – (21:01:22 – 21:01:29) 4:9.17 | 11/3/21 | 11/3/2021 | Jamese Harvey | |
| F002D | Video from Shell Station Camera 4 (04/08/2017) Only Section: 19:40 – 36:09 4:18.17 | 11/3/21 | 11/3/2021 | Ofc. Mark Dega | N/A |
| F002E | Video from Shell Station | | | | |
| F002F | Video from Shell Station | | | | |
| F002G | Video from Shell Station | | | | |
| F002H | Video from Shell Station | | | | |
| F003 | Photos of Sean Fullwood's car | | | | |

15

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| F004 | Photo of Sean Fullwood's car (Rear) | | | | N/A |
| F005 | Photo of Sean Fullwood's car (Interior) | | | | N/A |
| F006 | Photo of Southview Apartments | 11/1/2021 | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | 11/19/2 5:15pm |
| F007 | Photo of Southview Apartments | 11/1/2021 | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |
| F008 | Photo of Southview Apartments | 11/1/2021 | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |
| F009 | Photo of Southview Apartments | 11/1/2021 | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |
| F010 | Photo of Southview Apartments | 11/1/2021 | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |
| F011 | Photo of Southview Apartments | 11/1/2021 | 11/1/2021 | Ofc. Tahicia McCaskill, PGPD | |

16

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| F012 | Still Photo of S. Fullwood in car | | | | N/A |
| F013 | Navy Credit Union Records | | | | → |
| F014 | Photo of Yordi Dollar Store and Topps | | | | |
| F015 | Video of Crime | 11/3/2021 | 11/3/2021 | Lt. Sukhjit Batth, PGPD | 11/19/21 5:15pm |
| F015A | Transcript of Crime | | | | N/A |
| F016 F016A | Grand Jury of Sean Fullwood Portions of ← | 11/8/21 11/18/21 | — 11/18/21 | Sean Fullwood | N/A 11/19/21 5:15pm |
| F017 | Grand Jury of Davian Calhoun | | | | N/A |
| F018 | Grand Jury of Christopher Hall | 11/8/21 | | Christopher Hall | N/A |

17

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| F019 | Photograph of Christopher Green | 11/4/21 | 11/4/21 | Daivahn Calhoun | 11/19/21 5:15pm |
| F020 | Photograph of Ernest Miller | 11/4/21 | 11/4/21 | Daivahn Calhoun | 11/19/21 6:15pm |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

18

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| ZS | Photo of Zaan Scott | 11/3/2021 | 11/3/2021 | Jamese Harvey | 11/19/21 5:15 pm |
| Z001 | Photo of Casing | 11/3/2021 | 11/3/2021 | Sara Hooe, DFS | |
| Z001A | Casing | 11/3/2021 | 11/3/2021 | Sara Hooe, DFS | |
| Z002 | Photo of 1 and 2 (Ginger Ale) | 11/3/2021 | 11/3/2021 | Sara Hooe, DFS | |
| Z003 | Photo of 3 (Turtle Bars) | 11/3/2021 | 11/3/2021 | Sara Hooe, DFS | |
| Z004 | Photo of 3 and 4 (Shoes also) | 11/3/2021 | 11/3/2021 | Sara Hooe, DFS | |
| Z005 | Photo of Clothes and Wallet | 11/3/2021 | 11/3/2021 | Sara Hooe, DFS | |
| Z006 | Photo of Scene (1972) | 11/3/2021 | 11/3/2021 | Sara Hooe, DFS | |
| Z007 | Photo of Scene Showing Hospital (1979) | 11/3/2021 | 11/3/2021 | Sara Hooe, DFS | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| Z008 | Photo of Evidence W/Placards (1982) | 11/3/2021 | 11/3/2021 | Sara Hooe, DFS | 11/19/21 5:15pm |
| Z009 | Photo of Evidence with Placards (1 | 11/3/2021 | 11/3/2021 | Sara Hooe, DFS | |
| Z010 | Photo of Plastic Bag | 11/3/2021 | 11/3/2021 | Sara Hooe, DFS | |
| Z011 | Close up of Plastic Bag | 11/3/2021 | 11/3/2021 | Sara Hooe, DFS | |
| Z012 | Photo Receipt in Bag | 11/3/2021 | 11/3/2021 | Sara Hooe, DFS | |
| Z013 | Photo of Pants | 11/3/2021 | 11/3/2021 | Sara Hooe, DFS | |
| Z014 | Photo of Shirt (Front) | 11/3/2021 | 11/3/2021 | Sara Hooe, DFS | |
| Z015 | Photo of Shirt (Back) | 11/3/2021 | 11/3/2021 | Sara Hooe, DFS | |
| Z016 | Photo Shirt (Bullet Hole in Back) | 11/3/2021 | 11/3/2021 | Sara Hooe, DFS | |
| Z017 | Photo of Jacket | 11/3/2021 | 11/3/2021 | Sara Hooe, DFS | |

20

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| Z018 | Photo of Jacket with Bullet Hole | 11/3/2021 | 11/3/2021 | Sara Hooe, DFS | 11/19/21 5:15pm |
| Z019 | Case Report for Sara Hooe | 11/3/2021 | | Sara Hooe, DFS | N/A |
| Z020 | Map of Forest Hills Apartments | | | | N/A |
| Z021 | Street View of Southern Avenue (Garner GJ) | 11/16/21 | 11/16/21 | Det. Dennis Windsor | 11/19/21 5:15pm |
| Z022 | Southern Ave. Photo—close up of fence | 11/16/21 | 11/16/21 | Det. Dennis Windsor | |
| Z023 | Southern Ave. Photo—close up of cut | 11/16/21 | 11/16/21 | Det. Dennis Windsor | |
| Z024 | | | | | N/A |
| Z025 | Defendant's 06/27/2017 Statement to Dets. Brador and Garner | 11/17/21 | 11/17/21 | Det. Stephanie Garner | 11/19/21 5:15pm |

21

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| Z025A | Transcript of Christopher Green's 06/27/2017 Statement to Dets. Brador and Garner  *ort to assist jury during video play  admitted only as an* | 11/17/21 | *(doesn't go back to jury for delib.)* | Det. Stephanie Garner | N/A  11/19/21 5:15 pm |
| Z026 | Autopsy Photo (Full Body) | 11/8/2021 | 11/8/2021 | Dr. Nikki Mourtzinos, OCME | |
| Z026A | Autopsy Photo (Full Body - Redacted) | 11/8/2021 | 11/8/2021 | Dr. Nikki Mourtzinos, OCME | |
| Z027 | Autopsy Photo (Face) | 11/8/2021 | 11/8/2021 | Dr. Nikki Mourtzinos, OCME | |
| Z028 | Autopsy Photo (Back with Bandage) | 11/8/2021 | 11/8/2021 | Dr. Nikki Mourtzinos, OCME | |
| Z028A | Autopsy Photo (Full Body – Back) | 11/8/2021 | 11/8/2021 | Dr. Nikki Mourtzinos, OCME | |
| Z029 | Autopsy Photo (Back without bandage) | 11/8/2021 | 11/8/2021 | Dr. Nikki Mourtzinos, OCME | |
| Z029A | Autopsy Photo (Back – gunshot wound) | 11/8/2021 | 11/8/2021 | Dr. Nikki Mourtzinos, OCME | |
| Z029B | Autopsy Photo (Close-up Buttocks region) | 11/8/2021 | 11/8/2021 | Dr. Nikki Mourtzinos, OCME | |

22

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| Z029C | Autopsy Photo (Blood clots recovered from Zaan Scott's body | 11/8/2021 | 11/8/2021 | Dr. Nikki Mourtzinos, OCME | 11/19/21 5:15pm |
| Z029D | Autopsy Photo (left leg – opened) | 11/8/2021 | 11/8/2021 | Dr. Nikki Mourtzinos, OCME | 11/19/21 5:15pm |
| Z030 | Zaan Scott Incident Files | | | | N/A |
| Z031 | Photo of Navigator outside 303 Zelma (Rear) | 11/4/2021 | 11/4/2021 | Ofc. James Janifer, PGPD | 11/19/21 5:15pm |
| Z032 | Photo of Navigator outside 303 Zelma (Front) | 11/4/2021 | 11/4/2021 | Ofc. James Janifer, PGPD | → |
| Z033 | Photo of Handgun in Navigator | 11/4/2021 | 11/4/2021 | Ofc. James Janifer, PGPD | ✓ |
| | Stipulation | | | | N/A |
| Z034 | Photo of Handgun in Navigator (Close Up) | 11/4/21 | 11/4/2021 | Ofc. James Janifer, PGPD | 11/19/21 5:15pm |
| Z035 | Photo of Handgun (Facing Right) | 11/4/21 | 11/4/2021 | Ofc. James Janifer, PGPD | |
| Z036 | Photo of Handgun (Facing Left) | 11/4/21 | 11/4/2021 | Ofc. James Janifer, PGPD | |
| Z037 | Photo of Handgun Serial Number | 11/4/21 | 11/4/2021 | Ofc. James Janifer, PGPD | |
| Z038A | BWC Clip – Zaan Scott Shooting | 11/2/2021 | 11/2/2021 | Ofc. Ronald Koch, MPD | → |

23

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| Z038B | BWC Clip – Zaan Scott Shooting | 11/2/2021 | 11/2/2021 | Ofc. Ronald Koch, MPD | 11/19/21 5:15 pm |
| Z038C | BWC Clip – Zaan Scott Shooting | 11/4/21 | 11/4/21 | Christopher Clancy |  |
| Z038D | BWC Clip – Zaan Scott Shooting | 11/4/21 | 11/4/21 | Christopher Clancy |  |
| Z038E | BWC Clip – Zaan Scott Shooting | 11/3/21 | 11/3/2021 | Jamese Harvey |  |
| Z038F | BWC Clip – Zaan Scott Shooting | 11/4/21 | 11/4/21 | Christopher Clancy |  |

23

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| Z038G | BWC Clip – Zaan Scott Shooting | 11/4/21 | 11/4/2021 | Ofc. Christopher Clancey, former MPD | 11/19/21 5:15pm |
| Z038H | BWC Clip – Zaan Scott Shooting | 11/4/21 | 11/4/2021 | Ofc. Christopher Clancey, former MPD | ↓ |
| Z038I | BWC Clip – Zaan Scott Shooting | 11/4/21 | 11/4/2021 | Ofc. Christopher Clancey, former MPD | N/A |
| Z038J | Report RE: Axon BWC Downloading Information | 11/4/21 | | Ofc. Christopher Clancey, former MPD | N/A |
| Z039 | CBN ID Statement | 11/3/2021 | 11/3/2021 | Claire Ngolooga | 11/19/21 6:15pm |
| Z040 | Grand Jury Transcript for Tyree Johnson | 11/3/2021 | | Tyree Johnson | N/A |
| Z634A | magazine & semi-auto pistol 9mm Luger caliber | 11/19/21 | 11/17/21 | Kristina Cheung | As requested |
| Z034B | 7 cartridges unfired | 11/17/21 | 11/17/21 | Kristina Cheung | As requested |
| Z040A | Excerpt of Z040 | 11/18/21 | 11/18/21 | | 11/19/21 5:15pm |
| | | | | | |
| | | | | | |
| | | | | | |

-24-

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| Z041 | Bullet Identification (Demonstrative Exhibit) | 11/9/21 | | Chris Monturo | N/A |
| Z042 | Cartridge (Demonstrative Exhibit) | | | | |
| Z043 | Cut-Away Semi-Automatic (Demonstrative Exhibit) | | | | |
| Z044 | Fired Cartridge Casing (Demonstrative Exhibit) | (→) | | (→) | (→) |
| Z045 | Physical Exhibit (Bullet Core from soft tissue of left adrenal) | 11/8/2021 | 11/8/2021 | Dr. Nikki Mourtzinos, OCME | 11/19/21 5:15 pm |
| Z046 | Physical Exhibit (Bullet Jacket from below left 12th rib) | 11/8/2021 | 11/8/2021 | Dr. Nikki Mourtzinos, OCME | 11/19/21 5:15 pm |
| Z047 | Autopsy Report of Zaan Scott | 11/18/2021 | | Dr. Nikki Mourtzinos, OCME4 | N/A |
| Z048 | Diagram/Photo Worksheet – RE: DNA of Zaan Scott – Signature Science | 11/9/21 | 11/9/21 | Ruben Ramos | 11/19/21 5:15 pm |
| Z049 | Diagram/Photo Worksheet – RE: DNA of Zaan Scott – Signature Science | 11/9/21 | 11/9/21 | Ruben Ramos | 11/19/21 5:15 pm |
| Z050 | Signature Science Report of Examination, 04/11/2017, 5 pages | 11/9/21 | | Ruben Ramos | N/A |

Rpt # 17-058-175

25

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| Z051 | Signature Science, Report of Examination, 10/22/2021, 2 pages | 11/9/21 | | Ruben Ramos | N/A |
| Z052 | Copy of Buszka notes and report 2017-031-275 | 11/9/21 | | Jeffrey Buszka | |
| Z053 | report CCN17058175 | 1/9/21 | | Chris Monturo | |
| Z054 | fired cases report CCN17031275 | 1/9/21 | | Chris Monturo | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

26

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY |
|---|---|---|---|---|---|
| X001 | AT&T Phone Records | 11/17/21 | 11/17/21 | John Orlando | 11/19/21 5:15pm |
| X002 | T-Mobile Phone Records | 11/17/21 | 11/17/21 | John Orlando | |
| X003 | CAST Report | 10/17/21 | 11/17/21 | John Orlando | |
| X004 | Cell Brite Report for E. Miller's Phone PAGES 1 and 267 only | 11/3/2021 | 11/3/2021 | Lt. Sukhjit Batth, PGPD | |
| X004A | Photo of sim/phone | 11/3/2021 | 11/3/2021 | Lt. Sukhjit Batth, PGPD | |
| X004B | Photo of phone | 11/3/2021 | 11/3/2021 | Lt. Sukhjit Batth, PGPD | |
| X005 | Cell Brite Report for E. Miller's Phone (Selected) | 11/9/21 | 11/9/21 | Ernest Miller | |
| X006 | Cell Brite Report for C. Green | 11/17/21 | 11/17/21 | Ryan Miller | |
| X007 | Cell Brite Report for C. Green's Phone (Selected) | | | | N/A |

25

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | | | | | |
| X008 | Photo of Malik Morris | 11/9/2021 | 11/9/2021 | Ernest Miller | 11/19/21 5:15pm |
| X009 | Photo of Patrick Minor | 11/9/2021 | 11/9/2021 | Ernest Miller | |
| X010 | E. Miller Plea Agreement (PG) | 11/9/2021 | 11/9/2021 | Ernest Miller | |
| X011 | E. Miller Plea Agreement (DC) | 11/9/2021 | 11/9/2021 | Ernest Miller | |
| X012 | Christopher Green Interview on 4/18/17 | 11/16/21 | 11/16/21 | Det. Dennis Windsor | |
| X012A | Transcript of C. Green Interview on 4/18/2017 | 11/16/21 | admt'd. to show jury that go back for de lib. | Det. Dennis Windsor | N/A |
| X013 | Video Interview of Ernest Miller on 4/13/2017 | 11/16/21 | | Ernest Miller | |
| X013A | Transcript of Clip 1 – Page 13 | 11/16/21 | | Ernest Miller | |
| X013B | Transcript of Clip 2 – Page 33 | 11/16/21 | | Ernest Miller | |

29

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| X013C | Transcript of Clip 3 – Page 61 | 11/16/21 | | Ernest Miller | N/A |
| X013D | Transcript of Clip 4 – Pages 65-67 | 11/16/21 | | Ernest Miller | |
| X013E | Transcript of Clip 5 – Pages 69-71 | 11/16/21 | | Ernest Miller | |
| X013F | Transcript of Clip 6 – Pages 98-101 | 11/16/21 | | Ernest Miller | |
| TJ1 | Jail Call between E. Miller and Tyree Johnson | 11/3/2021 | 11/3/2021 | Tyree Johnson | 11/19/21 5:15 pm |
| X013G | P.124 4/13/17 interview transcript E.Miller | 11/16/21 | | Ernest Miller | N/A |
| X013H | P.128 " " | 11/16/21 | | Ernest Miller | |
| X013I | P.132 " " | 11/16/21 | | Ernest Miller | |
| X013J | P.10 6/20 interview transcript E. Miller | 11/16/21 | | Ernest Miller | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO |
|---|---|---|---|---|---|
| X613K | P. 126 transcript 6/24/19 interview B.Miller | 11/16/21 | | Ernest Miller | N/A |
| X614 | Cool pad cell ph. w/ summary | 11/17/21 | 11/17/21 | Ryan Miller | 11/19/21 5:15pm |
| S636 | Det. Windsor notes | 11/16/21 | | Det. Dennis Windsor | N/A |
| X616 | 4/12/17 report K. Cheung | 11/17/21 | | Kristina Cheung | |
| X617 | 4/14/17 " | 11/17/21 | | Kristina Cheung | |
| X618 | 7/14/17 " " | 11/17/21 | | Kristina Cheung | |
| X619 | full set of report & notes | 11/17/21 | | Kristina Cheung | |
| X620 | Immunity Order | 11/17/21 | 11/17/21 | Patrick Minor | 11/19/21 5:15pm |
| X021 | iPhone from E. Miller | 11/18/21 | 11/18/21 | Det. D. Windsor | 11/19/21 5:15 |
| X022 | Notes - Fulwood/Det. Shaatal | 11/18/21 | | Adam Shaatal | . N/A |

31

United States

Christopher Green

VS.

Civil/Criminal No. 19-cr-00019 (RDM)

Government
Plaintiff
Defendant ✓
Joint
Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Windsor notes re purse (refresh recollection) | 11/1/21 | | Francine Jefferson | N/A |
| 2 | 4/7/17 McCaskill Crime Scene Report (refresh recollection) | 11/1/21 | | Tahicia McCaskill | |
| 3 | Slade written statement (refresh recollection) | 11/1/21 | | Lucius Slade | |
| 4 | 4/12/17 Slade interview transcript (refresh recollection) | 11/1/21 | | Lucius Slade | |
| 5 | Jazmin Green Interview transcript (refresh recollection) | 11/2/21 | | Jazmin Green | |
| 6 | Angela Goodall Interview transcript (refresh recollection) | 11/2/21 | | Angela Goodall | |
| 7 | Simmons 302 (refresh recollection) | 11/2/21 | | Eddie Simmons | |
| 8 | Bunce Jencks (refresh recollection) | 11/2/21 | | John "JK" Bunce | |
| 9 | Ernest Miller phone download (Gov. Exh X004, pg 2) | 11/3/21 | 11/3/21 | Sujit Batth | 11/19/21 5:15pm |
| 10 | Tyree Johnson Grand Jury portions (impeach) | 11/3/21 | 11/18/21 | Tyree Johnson | 11/19/21 5:15pm |

United States

VS.

Christopher Green

Civil/Criminal No.   19-cr-00019 (RDM)

Government ☐
Plaintiff ☐
Defendant ✓
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 11 | Miller jail letter to T. Johnson | 11/3/21 | 11/8/21 | Tyree Johnson | 11/14/21 5:15pm |
| 12 | Kevin Briscoe GJ portions (impeach) | 11/4/21 | 11/18/21 | Kevin Briscoe | 11/19/21 5:15pm |
| 13 | Det. Shataal memo (refresh recollection) | 11/8/21 | | Sean Fullwood | N/A |
| 14 | 4/13/17 interview of EM interrogation video 2:25:20 | 11/10/21 | | Ernest Miller | N/A |
| 16 | Ernest Miller Grand Jury (portions) | 11/15/21 | 11/18/21 | Ernest Miller | 11/19/21 5:15pm |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Government ☐
Plaintiff ☐
Defendant ✓
Joint ☐
Court ☐

United States

VS.

Christopher Green

Civil/Criminal No. 19-cr-00019 (RDM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 15-1 | Envelope to Jeniya Hall, letter "The dude name" and "act like you only know" | 11/10/21 | 11/18/21 | Ernest Miller | 11/19/21 6:15 pm |
| 15-2 | Envelope to Jeffrey Flemming, letter dated Fri - Dec 1st and 19th of April | 11/10/21 | | | |
| 15-3 | Envelope to Jeniya Hall, letter "Robbery case" | 11/15/21 | | | |
| 15-4 | Envelope to Jeniya Hall, letter addressed to "Niy Niy", | 11/15/21 | | | |
| 15-5 | Envelope addressed to Tyree Johnson, letter dated Sunday Sept 10 | 11/15/21 | | | |
| 15-6 | Envelope addressed to Jeniya Hall, letter "Sup Lucy", letter dated September 10 | 11/15/21 | | | |
| 15-7 | Envelope addressed to Tamara Miller, letter dated November 19th, "for Buck Moe" | 11/15/21 | | | |
| 15-8 | Envelope addressed to Tamara Miller, letter dated Saturday 9th September, letter dated Thursday Oct 12 | 11/15/21 | | | |
| 15-9 | Envelope addressed to Dorian Drafts, letter dated November 16 | 11/15/21 | | | |
| 15-10 | Envelope addressed to Tamara Miller, letter "How do I feel?", letter dated Friday 3:50 - November 3rd | 11/15/21 | | | |

United States

vs.

Christopher Green

Civil/Criminal No. ___19-cr-00019 (RDM)___

Government ☐
Plaintiff ☐
Defendant ✓
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 15-11 | Envelope addressed to Jeniya Hall, letter "I took a plea deal", letter dated March 26, letter dated March 28 | 11/15/21 | 11/18/21 | Ernest Miller | 11/19/21 5:15pm |
| 15-12 | Envelope addressed to Tamara Miller, letter dated Oct 11 | 11/15/21 | 11/18/21 | | 11/19/21 5:15pm |
| 17 | 6/26 transcript | 11/15/21 | | | N/A |
| 18 | 302 E. Miller | 11/15/21 | | | N/A |
| 19-1 thru 19-6 | Jail calls of E. Miller | 11/15/21 | 11/18/21 | E. Miller, Tylee Johnson | 11/19/21 5:15pm |
| | | 11/15/21 | 11/18/21 | '' | 11/19/21 5:15pm |
| 20 | transcript P. Minor interview 6/27/21 | 11/17/21 | | Patrick Minor | N/A |
| 21 | Email re: Fullwood interview | 11/18/21 | | Adam Shactjal | N/A |
| 22 | report of Roland Draughn | 11/18/21 | | Roland Draughn | N/A |
| | | | | | |