CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

CHRISTOPHER GREEN

Civil/Criminal No.: CR 19-19

### NOTE FROM JURY

To find the defendant guilty of count 1, does the jury need to find that the defendant participated and/or engaged in a pattern of racketeering?

Date: 12/17/24
Time: 9:50am